### THE NEW CONSTITUTIONAL PROVISION ABOLISHING APPEAL.

Court of Appeals for Lucas County.

MARTHA PAGE v. STANLEY G. PAGE.

Decided, February 17, 1915.

*Appeal Under the Amended Constitution—Not Allowable in an Alimony Case.*

Under the provision of Section 6 of Article IV of the Amended Constitution a decree relating to alimony is not appealable.

*Beard & Beard,* for plaintiff.
*C. W. Meek,* contra.

PER CURIAM (CHITTENDEN, RICHARDS and KINKADE, JJ.).

A motion has been made by the defendant to dismiss the appeal in this case. The case is one pending in this court solely for the purpose of procuring an allowance of alimony.

Under the new Constitution, Article IV, Section 6, the case is not appealable and the motion to dismiss the appeal will be granted. See *Deeds* v. *Snyder,* 12 Ohio Law Reporter, 358; 90 Ohio St., ——; *Dewitt* v. *Dewitt,* 67 Ohio St., 340; *Price* v. *Price,* 10 Ohio St., 316; *Reed* v. *Reed,* 17 Ohio St., 564.

A similar conclusion has been reached by the court of appeals in Franklin county in the unreported case of *Dodd* v. *Dodd,* decided February 2, 1915, and in cases in the court of appeals in Cuyahoga county and in other appellate districts of the state.

Appeal dismissed.